1  LAW OFFICES OF ALAN E. FERGUSON
   Alan E. Ferguson, Esq.
2  3200 Fourth Avenue, Suite 207
   San Diego, CA 92103
3  PH: (619) 299-4999   FAX: (619) 299-8121

4  Attorney for Material Witnesses

FILED
2008 SEP -5 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## OF THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Crim. Case No. 08cr1696-H |
| v. ) | |
| FRANCISCO ZAPOT-PALACIOS, et al. ) | ORDER RELEASING MATERIAL WITNESSES |
| Defendants. ) | |

On application of Alan E. Ferguson, Attorney for the below-named material witnesses, EUSEBIO MARTINEZ-PEREZ and RUBEN VALADEZ-ARREDONDO, and upon completion of a videotaped deposition and stipulation of the parties,

///

///

///

///

///

///

///

///

///

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witnesses be released from custody forthwith and remanded to their respective countries of origin:

    Eusebio MARTINEZ-Perez, Fed. Reg. # 06416-298

    Ruben VALADEZ-Arredondo, Fed. Reg. # 06409-298

DATED: September 5, 2008

_____
UNITED STATES MAGISTRATE JUDGE

Approved as to form and content:

KAREN HEWITT
United States Attorney

A. D. Blankenship
Assistant U. S. Attorney

_____
Attorney for Defendant
PEREZ-TINOCO

_____
Attorney for Defendant
RAMOS-Galdamez